PROB 12C
(6/16)

Report Date:  February 23, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 24, 2026

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Abbott                    Case Number: 0980 2:25CR00046-MKD-1

Address of Offender: ███████████  East Wenatchee, Washington 98802

Name of Sentencing Judicial Officer: The Honorable Tana Lin, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 12, 2025

Original Offense:      Simple Assault, 18 U.S.C. § 13(a)(5)

Original Sentence:     3 years                          Type of Supervision: Probation

Asst. U.S. Attorney:   TBD                              Date Supervision Commenced: March 12, 2025

Defense Attorney:      TBD                              Date Supervision Expires: March 11, 2028

---

### PETITIONING THE COURT

To issue a summons.

On March 12, 2023, a probation officer met with Mr. Abbott and reviewed the conditions of probation outlined in the judgment.  Mr. Abbott indicated he understood the conditions.

The probation officer believes that the offender has violated the following conditions of probation:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: David Abbott allegedly violated Mandatory Condition #1 on February 14, 2026, by Driving Under the Influence (DUI), in violation of Revised Code of Washington (RCW) 46.61.502.

According to Washington State Patrol (WSP) incident report 26-003505-1, the following occurred: At approximately 20:45, WSP was dispatched to a one-car injury collision on Interstate 90 near mile post 48.  WSP observed a black sports utility vehicle in a ditch approximately 10 feet off the roadway.

The driver, later identified as Mr. Abbott, was in an ambulance when WSP contacted him. WSP observed Mr. Abbott had bloodshot/watery eyes and detected a faint odor of intoxicants on his breath.  Mr. Abbott informed WSP he lost control of the vehicle, but could not recall any details about how the collision occurred.

Prob12C
**Re: Abbott, David**
**February 23, 2026**
**Page 2**

Mr. Abbot was transported to the hospital for evaluation and WSP re-contacted Mr. Abbott at the hospital. After Mr. Abbott was examined by the doctor, he informed WSP he had two Coors Light beers before he started driving. WSP detected a strong odor of intoxicants coming from Mr. Abbott's breath. Mr. Abbott declined to provided a breath sample and WSP secured a search warrant for Mr. Abbott's blood. A blood sample was collected and secured into evidence by WSP.

Based on the trooper's training, experience, and observations of Mr. Abbott, he believed Mr. Abbott was under the influence of alcohol while operating a motor vehicle. Mr. Abbott was cited and released at the hospital due to his injuries and continued medical care.

2      **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: Mr. Abbott allegedly violated Standard Condition #3 by leaving the Eastern District of Washington, without permission on February 14, 2026.

On February 17, 2026, Mr. Abbott informed probation he was in the Western District of Washington, on February 14, 2026, visiting friends. Mr. Abbott did not receive permission from probation to leave the Eastern District of Washington.

3      **Special Condition # 2**: You shall abstain from the use of alcohol, intoxicants and illegal drugs during the term of supervision. You must contribute towards the cost of any programs, to the extend you are financially able to do so, as determined by the probation officer. In addition to urinalysis testing that may be part of formal drug treatment program, you shall submit up to eight (8) urinalysis tests per month.

**Supporting Evidence**: Mr. Abbot allegedly violated Special Condition #2 by consuming alcohol on or about February 14, 2026.

On February 17, 2026, Mr. Abbott informed probation he consumed four or five alcoholic beverages on February 14, 2026.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 23, 2026

s/Phil Casey

Phil Casey
Supervisory U.S. Probation Officer

Prob12C

**Re: Abbott, David**
**February 23, 2026**
**Page 3**


## THE COURT ORDERS

[ ]    No Action

[ ]    The Issuance of a Warrant

[X]    The Issuance of a Summons

[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]    Defendant to appear before the Judge assigned to the case.

[X]    Defendant to appear before the Magistrate Judge.

[ ]    Other

_m. k. Dimke_
Signature of Judicial Officer

February 24, 2026

Date