PROB 12C
(6/16)

Report Date: August 27, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2026

SEAN F. MCAVOY, CLERK

ECF No. 21

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Abbott — Case Number: 0980 2:25CR00046-MKD-1

Address of Offender: [redacted] Washington 98802

Name of Sentencing Judicial Officer: The Honorable Tana Lin, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 12, 2025

| | | |
|---|---|---|
| Original Offense: | Simple Assault, 18 U.S.C. § 13(a)(5) | |
| Original Sentence: | 3 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: March 12, 2025 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: March 11, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On March 12, 2023, a probation officer met with Mr. Abbott and reviewed the conditions of probation outlined in the judgment. Mr. Abbott indicated he understood the conditions.

The probation officer believes that the offender has violated the following conditions of probation:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: David Abbott allegedly violated mandatory condition number 1 on August 24, 2026, by Driving Under the Influence (DUI), in violation of Revised Code of Washington (RCW) 46.61.502.

According to the Wenatchee Police Department (WPD), the following occurred: At approximately 12:04 a.m. on August 24, 2026, WPD contacted and arrested Mr. Abbott for DUI in Wenatchee, Washington.

WPD pulled over Mr. Abbott for drifting out of the lane of travel several times. WPD could smell the odor of alcohol coming from the vehicle Mr. Abbot was driving. WPD observed Mr. Abbott's eyes were bloodshot/watery and his speech was slurred. Mr. Abbott told WPD he was coming from home and denied consuming any alcohol. Mr. Abbott was unable to complete field sobriety tests and WPD arrested and transported him to the Chelan County Jail. At Chelan County Jail Mr. Abbott provided two evidentiary breath samples, at 1:24 a.m. the results was .217, and at 1:29 a.m. the results was .242.

2 **Special Condition # 2**: You shall abstain from the use of alcohol, intoxicants and illegal drugs during the term of supervision. You must contribute toward the cost of any programs, to the extent you are financially able to do so, as determined by the probation officer. In addition to urinalysis testing that may be part of formal drug treatment program, you shall submit up to eight (8) urinalysis tests per month.

**Supporting Evidence**: Mr. Abbot allegedly violated special condition number 2 by consuming alcohol on or about August 23, 2026.

On August 25, 2026, Mr. Abbott called probation and stated that he went to a bar with some friends on August 23, 2026, to play pool and while he was at the bar he consumed alcohol. Mr. Abbott stated he was pulled over after leaving the bar and was arrested for DUI early in the morning of August 24, 2026.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 27, 2026

s/Phil Casey

Phil Casey
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

August 27, 2026

Date